

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>                   )<br>vs.                   )<br>                   )<br>JAMES A. BURGESS, )<br>                   )<br>        Defendant. ) | No. 1:19-PO-00081 SAB<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced to Time Served on October 23, 2019,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: October 23, 2019

                                    SHEILA K. OBERTO
                                    U.S. MAGISTRATE JUDGE

CC: Copy hand-delivered to USM, Fresno, on 10/23/2019 at 4:10 pm